■ PRO-BIZ ENTERPRISES, INC., Appellant, v CHRISTOPHER E. KOZAN, Respondent. [825 NYS2d 396]—Appeal from an order of the Supreme Court, Erie County (Eugene M. Fahey, J.), entered July 18, 2005. The order, among other things, adjudged that the promissory note signed by defendant on August 29, 2001 is void and shall be surrendered and canceled.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court (Michael L. Mc-Carthy, J.H.O.). Present—Hurlbutt, J.P., Smith, Centra and Pine, JJ.

■ In the Matter of DENNIS MORGAN, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [825 NYS2d 652]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Oneida County [Norman I. Siegel, A.J.], entered June 29, 2006) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination be and the same hereby is unanimously confirmed without costs and the petition is dismissed. Present—Hurlbutt, J.P., Gorski, Centra and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARRIE L. KEARSE, Appellant. [825 NYS2d 651]—Appeal from a judgment of the Steuben County Court (Peter C. Bradstreet, J.), rendered June 30, 2005. The judgment convicted defendant, upon her plea of guilty, of criminal possession of a controlled substance in the fourth degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Hurlbutt, J.P., Gorski, Centra and Green, JJ.